IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00358-EWN-CBS

WAYNE BOLLACKER,

      Plaintiff,

v.

FMA ALLIANCE, LTD, a Texas limited partnership,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

      THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney fees and costs.

      Dated this 16th day of March, 2006.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge